IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

KELLIE CAMPAGNA-WASHINGTON,

    Plaintiff,

v.                                                                                                             4:05cv75-WS

MITCHELL & CO., CPAs,

    Defendant.

_____

## ORDER OF DISMISSAL

    Before the court is the magistrate judge's report and recommendation (doc. 32) docketed February 3, 2006.  The magistrate judge recommends that the case be dismissed for failure to prosecute.

    Upon review of the record, this court has determined that the magistrate judge's report and recommendation should be adopted.

    Accordingly, it is ORDERED:

    1.  The magistrate judge's report and recommendation is adopted and incorporated by reference in this order of the court.

    2.  This case is hereby DISMISSED without prejudice for failure to prosecute.

    3.  The clerk is directed to enter judgment accordingly.

Case No. 4:04cv38-WS

DONE AND ORDERED this March 10, 2006.

    /s William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE

Case No. 4:05cv75-WS